# United States Bankruptcy Court
### Eastern District of Virginia
701 East Broad Street
Richmond, VA 23219

|  |  |
|---|---|
| | Case Number 09−37329−KLP |
| **In re:** | **Chapter** 13 |
| Richard Charles Barber | Christina Martina Barber |
| 10024 Washington Rd | fka Christina Martina Gaitan |
| Glen Allen, VA 23060 | 10024 Washington Rd |
| | Glen Allen, VA 23060 |
| **SSN:** xxx−xx−7211    **EIN:** NA | |
| | **SSN:** xxx−xx−4209    **EIN:** NA |

## NOTICE OF DISMISSAL OF JOINT DEBTOR

Notice is hereby given that an order was entered on July 29, 2014 dismissing Christina Martina Barber

Dated:  July 29, 2014                                    For the Court,

                                                          William C. Redden, Clerk
(VAN15jo2)                                                United States Bankruptcy Court

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                  Case No. 09-37329-KLP
Richard Charles Barber                                                  Chapter 13
Christina Martina Barber
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0422-7          User: mullert              Page 1 of 3           Date Rcvd: Jul 29, 2014
                              Form ID: VAN15jo2          Total Noticed: 53

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 31, 2014.
```
db/jdb     +Richard Charles Barber,   Christina Martina Barber,   10024 Washington Rd,
             Glen Allen, VA 23060-2365
cr         +PRA Receivables Management LLC,   POB 41067,   Norfolk, VA 23541-1067
9296020    +ACE,   5151 N Harlem Ave,   Suite 102,   Chicago, IL 60656-3685
9296019    +ACE,   5151 N Harlem Ave,   Suite 201,   Chicago, IL 60656-3686
9303352   ++AMERICREDIT,   PO BOX 183853,   ARLINGTON TX 76096-3853
            (address filed with court: AmeriCredit Financial Services, Inc.,   PO Box 183853,
             Arlington, TX 76096)
9296023    +Angela Newcomb,   4605 Village Run Court,   Glen Allen, VA 23060-3346
9296024   ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
            (address filed with court: Cap One,   Po Box 85520,   Richmond, VA 23285-0000)
9524977     Capital One Bank (USA), N.A.,   by American Infosource Lp As Agent,   PO Box 71083,
             Charlotte, NC 28272-1083
9296026    +Charles O Shriner,   2570 Homeview Dr.,   Richmond, VA 23294
9296027    +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
9539320   ++DOMINION VIRGINIA POWER,   PO BOX 26666,   18TH FLOOR,   RICHMOND VA 23261-6666
            (address filed with court: Dominion Virginia Power,   P.O. Box 26543,   Richmond, VA 23290-0001)
9296035    +General Reveue Corporation,   PO Box 495999,   Cincinnati, OH 45249-5999
9296036    +Grove Ave Family & Cosmetic,   Dentistry,   4315 Grove Ave,   Richmond, VA 23221-1801
9482120    +HSBC Bank Nevada, N.A.,   By PRA Receivables Management, LLC,   PO Box 12907,
             Norfolk VA 23541-0907
9296037    +Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
9296038     Nationwide,   PO Box 96040,   Charlotte, NC 28296-0040
11289790  ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
            (address filed with court: Portfolio Recovery Associates,   PO BOX 41067,   Norfolk VA 23451)
9416640    +PRA Receivables Management, LLC,   As Agent Of Portfolio Recovery Assocs.,   POB 41067,
             NORFOLK VA 23541-1067
9296041     Richmond Emergency Physicians,   PO Box 808,   Grand Rapids, MI 49518-0808
9296042     Sunrise Credit Services,   PO Box 9100,   Farmingdale, NY 11735-9100
9296043    +Tnb - Target,   Po Box 673,   Minneapolis, MN 55440-0673
9296044    +Transworld Systems,   1608 Spring Hill Road #100,   Vienna, VA 22182-2241
9552651     Verizon,   PO BOX 3037,   Bloomington, IL 61702-3037
9296045     Verizon,   PO Box 660720,   Dallas, TX 75266-0720
9296047    +Verizon Wireless,   PO Box 25505,   Lehigh Valley, PA 18002-5505
9296046    +Verizon Wireless,   250 James St,   Morristown, NJ 07960-6410
9296048    +Verizon--Virginia,   600 East Main St.,   Richmond, VA 23219-2416
9296049    +Virginia Emergency Associates,   1602 Rolling Hills Dr,   Rm 104,   Richmond, VA 23229-5012
9296050    +Wffinaccpt,   1 International Plaza,   Ste 300,   Philadelphia, PA 19113-1510
9296051    +Wffnatbank,   800 Walnut Street,   F4030-061,   Des Moines, IA 50309-3605
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr          E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 30 2014 02:12:48
             Midland Funding LLC by American InfoSource LP as a,   Attn: Department 1,   PO Box 4457,
             Houston, TX 77210-4457
10539503    E-mail/PDF: resurgentbknotifications@resurgent.com Jul 30 2014 02:15:17     B-Line, LLC,
             P.O. Box 91121,   Dept. 550,   Seattle, WA 98111-9221
9296025    +E-mail/Text: coafinternalbkteam@capitaloneauto.com Jul 30 2014 02:03:46
             Capital One Auto Finan,   3901 Dallas Pkwy,   Plano, TX 75093-7864
9303338    +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Jul 30 2014 02:32:13
             Capital One Auto Finance,   P.O. Box 201347,   Arlington, TX 76006-1347
9457271    +E-mail/Text: coafinternalbkteam@capitaloneauto.com Jul 30 2014 02:03:46
             Capital One Auto Finance,   3905 N Dallas Pkwy,   Plano, TX 75093-7892
9305063    +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Jul 30 2014 02:32:26
             Capital One Auto Finance Department,   P.O. Box 201347,   Arlington, TX 76006-1347
9460334    +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Jul 30 2014 02:32:26
             Capital One Auto Finance, c/o Ascension Capital,   P.O. Box 201347,   Arlington, TX 76006-1347
9296028     E-mail/Text: bankruptcy@co.henrico.va.us Jul 30 2014 02:03:26     County of Henrico,
             Department of Finance,   PO Box 90775,   Richmond, VA 23273-0775
9296029     E-mail/Text: bankruptcy@co.henrico.va.us Jul 30 2014 02:03:26     County of Henrico, VA,
             Department of Public Utilities,   PO Box 90775,   Richmond, VA 23273-0775
9296030    +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 30 2014 02:03:39
             Credit Collection Services,   Two Wells Ave,   Dept 9143,   Newton Center, MA 02459
10872348   +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 30 2014 02:12:35     East Bay Funding, LLC,
             c/o Resurgent Capital Services,   PO Box 288,   Greenville, SC 29602-0288
9296032    +E-mail/PDF: gecsedi@recoverycorp.com Jul 30 2014 02:15:15     Gemb/Jcp,   Po Box 981402,
             El Paso, TX 79998-1402
9296033    +E-mail/PDF: gecsedi@recoverycorp.com Jul 30 2014 02:12:33     Gemb/Walmart,   Po Box 981400,
             El Paso, TX 79998-1400
9296034    +E-mail/PDF: gecsedi@recoverycorp.com Jul 30 2014 02:12:33     Gembppbycr,   Po Box 981064,
             El Paso, TX 79998-1064
9645355     E-mail/Text: bankruptcy@co.henrico.va.us Jul 30 2014 02:03:26     HENRICO COUNTY,
             c/o RHYSA GRIFFITH SOUTH,   P.O. BOX 90775,   HENRICO, VA 23273-0775
```

```
District/off: 0422-7           User: mullert                Page 2 of 3                   Date Rcvd: Jul 29, 2014
                               Form ID: VAN15jo2            Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
9672886        E-mail/Text: bankruptcy@co.henrico.va.us Jul 30 2014 02:03:26     HENRICO COUNTY, VIRGINIA,
                 c/o RHYSA GRIFFITH SOUTH,   ASSISTANT COUNTY ATTORNEY,   P.O. BOX 90775,
                 HENRICO, VA 23273-0775
10841935      +E-mail/Text: jcap_bnc_notices@jeffersoncapitalinternational.com Jul 30 2014 02:03:17
                 JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,   ST CLOUD MN 56302-7999
11746556       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 30 2014 02:14:10     Midland Funding LLC,
                 by American InfoSource LP as agent,   Attn: Department 1,   PO Box 4457,
                 Houston, TX 77210-4457
9296040       +E-mail/Text: bankruptcydepartment@ncogroup.com Jul 30 2014 02:03:13     NCO Financial,
                 507 Prudential Rd,   Horsham, PA 19044-2368
9296039       +E-mail/Text: bankruptcydepartment@ncogroup.com Jul 30 2014 02:03:13     Nco Fin/99,
                 Po Box 15636,   Wilmington, DE 19850-5636
9309244       +E-mail/Text: rjm@ebn.phinsolutions.com Jul 30 2014 02:02:38     Rjm Acquisitions Llc,
                 575 Underhill Blvd,   Suite 224,   Syosset, NY 11791-4437
9481143        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 30 2014 02:12:35      Roundup Funding, LLC,
                 MS 550,   PO Box 91121,   Seattle, WA 98111-9221
9368673       +E-mail/Text: bncmail@w-legal.com Jul 30 2014 02:02:59     TARGET NATIONAL BANK,
                 C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
                                                                                              TOTAL: 23

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          ++AMERICREDIT,   PO BOX 183853,   ARLINGTON TX 76096-3853
               (address filed with court: AmeriCredit Financial Services, Inc.,   PO Box 183853,
                 Arlington, TX  76096)
cr*           B-Line, LLC,   P.O. Box 91121,   Dept. 550,   SEATTLE, WA  98111-9221
cr*          +Capital One Auto Finance Department,   P.O. Box 201347,   Arlington, TX 76006-1347
cr*          +East Bay Funding, LLC,   c/o Resurgent Capital Services,   PO Box 288,
                 GREENVILLE, SC 29602-0288
cr*          +JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,   ST CLOUD, MN 56302-7999
cr*          +PRA Receivables Management, LLC,   PO Box 41067,   Norfolk, VA 23541-1067
cr*           Roundup Funding, LLC,   MS 550,   PO Box 91121,   Seattle, WA  98111-9221
9305064*     ++AMERICREDIT,   PO BOX 183853,   ARLINGTON TX 76096-3853
               (address filed with court: AmeriCredit Financial Services, Inc.,   PO Box 183853,
                 Arlington, TX 76096)
9296021*     ++AMERICREDIT,   PO BOX 183853,   ARLINGTON TX 76096-3853
               (address filed with court: Americredit,   801 Cherry St Ste 3900,   Fort Worth, TX 76102-0000)
9296022*     ++AMERICREDIT,   PO BOX 183853,   ARLINGTON TX 76096-3853
               (address filed with court: Americredit,   PO Box 183593,   Arlington, TX 76096-0000)
9296031*     ++DOMINION VIRGINIA POWER,   PO BOX 26666,   18TH FLOOR,   RICHMOND VA 23261-6666
               (address filed with court: Dominion Virginia Power,   P.O. Box 26666,
                 Attn: Customer Credit Services- 10th Flr,   Richmond, VA 23261)
11887324*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk, VA 23541)
9416202      ##+The Oulton Law Firm, PLLC,   2807 N Parham Rd Suite 107,   Richmond, VA 23294-4410
9552655      ##+Verizon Wireless,   PO BOX 3397,   Bloomington, IL 61702-3397
                                                                                               TOTALS: 0, * 12, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2014                        Signature:  /s/Joseph Speetjens

---

**CM/ECF NOTICE OF ELECTRONIC FILING**

Case 09-37329-KLP    Doc 64    Filed 07/31/14    Entered 08/01/14 00:35:22    Desc Imaged
                        Certificate of Notice    Page 4 of 4

```
District/off: 0422-7           User: mullert              Page 3 of 3                  Date Rcvd: Jul 29, 2014
                               Form ID: VAN15jo2          Total Noticed: 53
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2014 at the address(es) listed below:
        Carl M. Bates    station01@richchap13.com, station10@richchap13.com;station03@richchap13.com;station07@richchap13.com;station06@richchap13.com
        Richard James Oulton    on behalf of Debtor Richard Charles  Barber 2debtlawgroup@gmail.com, thedebtlawgroupmail@gmail.com;fellows.jl@gmail.com;rchurwitz@gmail.com;DLGHearings@gmail.com
        Richard James Oulton    on behalf of Joint Debtor Christina Martina Barber 2debtlawgroup@gmail.com, thedebtlawgroupmail@gmail.com;fellows.jl@gmail.com;rchurwitz@gmail.com;DLGHearings@gmail.com
                                                                                                                                                                                                                                                      TOTAL: 3