**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

In re:  Richard Charles Barber                                    Case No:    09-37329
         Christina Martina Barber

**PERTAINS TO CHRISTINA MARTINA BARBER ONLY**

## O R D E R

This cause came on to be heard upon the Trustee's Motion to Dismiss for failure to make payments as required by the Plan filed, **February 3, 2011**,

It appearing to the Court that the Debtor, Christina Martina Barber, has failed to comply with the terms of the Plan confirmed by this Court,

It is ORDERED, ADJUDGED and DECREED that the petition filed herein by the Debtor, Christina Martina Barber, under Chapter 13 is and the same be hereby dismissed. The case of Richard Charles Barber will continue as an active Chapter 13.

It is further ORDERED that any payments due the Chapter 13 Trustee prior to entry of this order and received pursuant to a wage assignment shall be paid by the Chapter 13 Trustee in accordance with the Debtor's Plan, and any such payments due after the entry of this order shall be remitted to the Debtor.

The Clerk shall serve a copy of this Order on the Debtor(s), their Attorney and the Chapter 13 Trustee.

Dated:  Jul 28 2014

/s/ Keith L. Phillips
_____
Judge

RICHMOND, VIRGINIA
_____

I ASK FOR THIS:

/s/Carl M. Bates
Carl M. Bates
Standing Chapter 13 Trustee
P. O. Box 1819
Richmond, VA 23218
(804) 237-6800
VSB #27815

NOTICE OF JUDGMENT OR ORDER
Entered On Docket  Jul 29 2014

DefaultDelayOrder

United States Bankruptcy Court
Eastern District of Virginia

In re:
Richard Charles Barber
Christina Martina Barber
    Debtors

Case No. 09-37329-KLP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0422-7    User: mullert    Page 1 of 1    Date Rcvd: Jul 29, 2014
    Form ID: pdforder    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2014.
db/jdb    +Richard Charles Barber,   Christina Martina Barber,   10024 Washington Rd,   Glen Allen, VA 23060-2365

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg    +E-mail/Text: ustpregion04.rh.ecf@usdoj.gov Jul 30 2014 02:02:41    UST smg Richmond,   Office of the U. S. Trustee,   701 East Broad St., Suite 4304,   Richmond, VA 23219-1849
    TOTAL: 1

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2014    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2014 at the address(es) listed below:
    Carl M. Bates    station01@richchap13.com, station10@richchap13.com;station03@richchap13.com;station07@richchap13.com;station06@richchap13.com
    Richard James Oulton    on behalf of Debtor Richard Charles  Barber 2debtlawgroup@gmail.com, thedebtlawgroupmail@gmail.com;fellows.jl@gmail.com;rchurwitz@gmail.com;DLGHearings@gmail.com
    Richard James Oulton    on behalf of Joint Debtor Christina Martina Barber 2debtlawgroup@gmail.com, thedebtlawgroupmail@gmail.com;fellows.jl@gmail.com;rchurwitz@gmail.com;DLGHearings@gmail.com
    TOTAL: 3